```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA SALAZAR,                     :   CIVIL ACTION
                                  :   No. 12-6170
        Plaintiff,                :
                                  :
    v.                            :
                                  :
CAROLYN W. COLVIN, ACTING         :
COMMISSIONER OF SOCIAL SECURITY,  :
                                  :
        Defendant.                :
```

## O R D E R

**AND NOW**, this **24th** day of **November, 2014,** it is hereby **ORDERED** that:

    (1)  Plaintiff's objections are overruled;

    (2)  The Court **APPROVES** and **ADOPTS** Magistrate Judge Carol Sandra Moore Wells' Report and Recommendation;

    (3)  Plaintiff's request for review is **DENIED**; and

    (4)  Judgment is entered in this matter in favor of Defendant.

**AND IT IS SO ORDERED.**

                                        /s/ Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO,    J.**